IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **OEL CAMERUTA FROMETA,** § | |
| **KENNYS RODRIGUEZ CUTINO,** § | |
| **YASMANI OSCAR FERNANDEZ** § | **CIVIL ACTION NO.4:16-CV-3493** |
| **SUAREZ, CARLOS WONG** § | |
| **FACENDA, JUAN HERRERA,** § | |
| **AND DANIEL ALEJANDRO** § | |
| **ARREOLA MORALES,** § | |
| **individually and on behalf of all** § | |
| **others similarly situated** § | |
| § | |
| **vs.** § | |
| § | |
| **PROGRESSIVE INTEREST INC.** § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, OEL CAMERUTA FROMETA, KENNYS RODRIGUEZ CUTINO, YASMANI OSCAR FERNANDEZ SUAREZ, CARLOS WONG FACENDA, JUAN HERRERA, and DANIEL ALEJANDRO ARREOLA MORALES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED (collectively "Plaintiffs"), and Defendant, PROGRESSIVE INTEREST, INC. ("Defendant") file this Agreed Motion to Dismiss With Prejudice and respectfully show the Court as follows:

Plaintiffs no longer desire to pursue this lawsuit against Defendant. Accordingly, the parties move that the Court enter an Order dismissing the case with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant jointly and respectfully request that this Court enter an Order granting this Agreed Motion to Dismiss with Prejudice, dismissing Plaintiffs' claims with prejudice to the refiling of same, and ordering each party bear its own costs incurred herein.

Respectfully submitted,

*/s/ Joe Jones*
JOSEPH K. JONES
Federal Bar No. 2771417
State Bar No. 24076466
jjones@sloanfirm.com
SLOAN FIRM
3000 Smith Street, Suite 4
Houston, Texas 77006
Telephone:  (713) 520-8833
Fax:  (713) 520-9933


LEAD ATTORNEY IN CHARGE FOR
PLAINTIFFS AND CLASS MEMBERS

  /s/  *Alfred R. Valdez* by permission
Alfred R. Valdez
Federal Bar No. 6389
State Bar No. 20426200
9999 Bellaire, Suite 360
Houston, Texas 77036
Telephone:  (713) 339-4200
Fax:  (713) 339-4299
arbusvaldez@gmail.com

ATTORNEY FOR DEFENDANT


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was served pursuant to the Federal Rules of Civil Procedure on this 14th day of November, 2017, on the following parties:

Alfred R. Valdez
Attorney at Law
9999 Bellaire, Suite 360
Houston, Texas 77036

  /s/   *Joe Jones*
JOSEPH K. JONES