United States District Court
Southern District of Texas
**ENTERED**
November 15, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OEL CAMERUTA FROMETA, <br> KENNYS RODRIGUEZ CUTINO, <br> YASMANI OSCAR FERNANDEZ <br> SUAREZ, CARLOS WONG <br> FACENDA, JUAN HERRERA, <br> AND DANIEL ALEJANDRO <br> ARREOLA MORALES, <br> individually and on behalf of all <br> others similarly situated <br><br> vs. <br><br> PROGRESSIVE INTEREST INC. | § § § § § § § § § § § § § § | CIVIL ACTION NO.4:16-CV-3493 |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE CONSIDERED, the Agreed Motion to Dismiss With Prejudice filed by Plaintiffs, OEL CAMERUTA FROMETA, KENNYS RODRIGUEZ CUTINO, YASMANI OSCAR FERNANDEZ SUAREZ, CARLOS WONG FACENDA, JUAN HERRERA, and DANIEL ALEJANDRO ARREOLA MORALES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, and Defendant, PROGRESSIVE INTEREST, INC. ("Defendant") Agreed Motion to Dismiss With Prejudice, and after considering the pleadings, the Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims that were or could have been asserted herein by Plaintiffs against Defendant are hereby DISMISSED WITH PREJUDICE as to the re-filing of same. All costs of court are taxed against the party incurring the same.

IT IS FURTHER ORDERED that, immediately and until further order of the Court on notice and hearing, all documents filed and mediation proceeding are under seal of the Court and may not become public or be disclosed by any person, may not be included in the public records

of this case, and may not be otherwise disclosed or permitted to come into the possession, control, or knowledge of any persons other than the attorneys of record for the parties in this cae, the regular staff of the parties' attorneys, certified court reporters and their staff, and the personnel of the Court.

IT IS FURTHER ORDERED that all persons gaining possession of records sealed in accordance with this Order may not disclose, transfer, or in any way allow the documents sealed in this Order to come into the possession of any other person at any time. Nothing in this Order should be construed as a limitation or restriction on the parties, their employees, officers, agents, authorized representatives, or attorneys concerning the use, possession, control, or disclosure of the documents sealed by this Order.

IT IS FURTHER ORDERED the Clerk of the Court to take the notice of this Order and to institute procedures to ensure that personnel of the Court comply with the terms of this Order, including marking the court records sealed by this Order as being under seal of the Court and subject to this Order.

Any violation of this Order will be a contempt of the Court.

SIGNED at Houston, Texas, this 15th day of November, 2017.

---
MARY MILLOY
UNITED STATES MAGISTRATE JUDGE